06 - 212

Page 1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

**Tuesday, March 28, 2006**

**Joseph D'Alessandro and John A. Franklin and all citizens in the same manner Pro-Se & Pro-Socia**
**23136 Prince George Drive**
**Angola Estates**
**Lewes, Delaware 19958-9342**
**phone (302)-945-1554**
              **and**
**John A. Franklin**
**30329 Vines Creek Road**
**Dagsboro, Delaware 19939-9809**
**302 732- 1400**
**Voice & Fax 302 732 3933**

**plantiffs**

    **v.**                **Civil Docket No.**
                           **VERIFIED COMPLAINT DEMAND A JURY TRIAL (seventh amendment)**

**(ACLU) AMERICAN CIVIL LIBERTIES UNION a foreign corporation**
**125 Broad Street, 18th Floor New York, NY 10004**
**AND THE FOLLOWING IN THERE OFFICIAL CAPACITY**
**AND INDIVIDUAL CAPACITY**
**Anthony D. Romero, Executive Director**
**Nadine Strossen, President of the ACLU**
**Steven Shapiro, Legal Director of the ACLU**
**Caroline Fredrickson, Director of the Washington Legislative Office**
**Donna McKay, Director of Development**
**Geri E. Rozanski, Director of Affiliate Support**
**Emily Tynes, Communications Director**

**defendants**

**See Exhibit (A)**

FILED
MAR 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**1. Text intended to separate ideas.**

# [B] A preliminary statement:

**All proceeds will be donated to Salvation Army and families and organizations that where**
**injured, psychologically of, relating to, or arising from the mind or emotions and physically by**

the ACLU.  (If Awarded) [100%]

From Author of Suit
Joseph D'Alessandro Pro-Se & Pro-Socia
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
phone (302)-945-1554

Plantiff Joseph D'Alessandro written presentation, the reasoning behind arugment, before THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE.

The ACLU has usurped plantiffs United States Constitution and First, Ninth, and Fourteenth Amendments to plantiffs United States Constitution and Delaware Constitution. The First, Ninth, and Fourteenth, amendments apply to Federal Law and State Law.

I exercise and/or am  putting into play, My First Amendment Right, to The United States Constitution and THE DECLARATION OF INDEPENDENCE, as initiated by Our Founding Fathers led by [JOHN HANCOCK] and United States Constitution, as initiated by Our
Founding Fathers led by  [JAMES MADISON].

# YHWH [God's Plan]
Revelation Chapter 17:13
Revelation Chapter 17:17
Eph 6:12  For we do not wrestle against flesh and blood, but against principalities, against powers,
     against the world's rulers, of the darkness of this age, against spiritual wickedness in high *places*.
Eph 6:13  Therefore take to yourselves the whole armor of God, that you may be able to withstand in the evil day, and having done all, to stand.

 Authority of Government
    God is ultimate authority - Rom. 13:1
The object of the apostle was to prevent Christians from entering into those disputes, and from taking an active part in a political controversy.
There was a prevalent disposition to rebel against a tyrannical government. Claudius had been put to death by poison; Caligula in a violent manner; Nero was a tyrant; and amidst these agitations, and crimes, and revolutions, the apostle wished to guard Christians from taking an active part in political affairs.
    God is omnipotent
    God is sovereign - Ps. 75:7; Dan. 4:34
    God has instituted human government - Rom. 13:1; Prov. 8:15,16
    Not merely "social compact" or "consent of governed" or "will of majority"
    Jesus recognized authority of government
    Caesar - Matt. 22:15-22
    Pilate - Matt. 26:59; 27:1; John 19:11
    Herod
    High priest
    Sanhedrin
    Human government answerable to God
    servants of God - Rom. 13:6

judged of God for failure to act in God's authority - Ps. 2:2-6,10; Rev.Chapters 17 through 20. Authority of government not dependent on moral character of leadership.

Take Back My Government as per Our Founding Fathers and as Far as YHWH [God} Our Fathers allows me. See Exhibit (A)

## As Per Our Founding Fathers No Violence.
### [JOHN HANCOCK]
### [JAMES MADISON]

## AMENDMENT 1 [JAMES MADISON]
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, <u>or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.</u>

Many countries have made one religion the established (official) church and supported it with government funds. This amendment forbids Congress to set up or in any way provide for an established church. It has been interpreted to forbid government endorsement of or aid to religious doctrines. In addition, Congress may not pass laws limiting worship, speech or the press, or <u>preventing people from meeting peacefully. Congress also may not keep people from asking the government for relief from unfair treatment.</u> The Supreme Court has interpreted the 14th Amendment as applying the First Amendment to the states as well as to the federal government.

## 2. Text intended to separate ideas.

Formal allegation against a party and/or parties and Federal Statues
COMPLAINT AND JURISDICTION
The power, right, or authority to interpret and apply the law
Federal questions and diversity of citizenship

"IF YOU DO NOT KNOW YOUR RIGHTS YOU HAVE NO RIGHTS"

1. Text intended to separate ideas

Federal Law, according to federal jurisdiction  pursuant to (a) Article III § 2 which extends the

jurisdiction PROCEDURAL AND "SUBSTANTIVE RIGHTS" Substantive Due Process

arising under the U.S. Constitution. TITLE 28  PART IV  CHAPTER 85  JURISDICTION

sec. 1331. Federal question First Amendment and Foueteeth Amendment Rights and

Ninth Amendment Rights

and § 1332. Diversity of citizenship; amount in controversy; costs.

## Point of Authority:

STARE DECISIS Lat. "to stand by that which is decided."

CONSTITUTIONAL RIGHTS of Joseph D'Alessandro and alike citizens.

Sherar v. Cullen, 481 F. 2d 946 (1973)
There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights."

Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)
.in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship."

Boyd v. United, 116 U.S. 616 at 635 (1885)
  Justice Bradley, "It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful <u>for the Constitutional Rights of the Citizens,</u> and against any stealthy encroachments thereon. Their motto should be Obsta Principiis."

Downs v. Bidwell, 182 U.S. 244 (1901)
"It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgement in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."

Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644
"Constitutional 'rights' would be of little value if they could be indirectly denied."

Juliard v. Greeman, 110 U.S. 421 (1884)
 Supreme Court Justice Field, "There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power which they have not, by their Constitution, entrusted to it. All else is withheld."

Mallowy v. Hogan, 378 U.S. 1
"All rights and safeguards contained in the first eight amendments to the federal Constitution are equally applicable."

Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603
Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

Norton v. Shelby County, 118 U.S. 425 p. 442
An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

Simmons v. United States, 390 U.S. 377 (1968)
he claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would

be a denial of due process of law".

Warnock v. Pecos County, Texas., 88 F3d 341 (5th Cir. 1996)
Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

## 3 Text intended to separate ideas.

### AND/OR REDRESABLE

SUPREME COURT OF THE UNITED STATES 461 U.S. 574

STARE DECISIS Lat. "to stand by that which is decided." The principal that the precedent decisions are to be followed by the courts. To abide or adhere to decided cases.

Bob Jones University v. United State of America The ACLU is a 501 c 3 non-profit corporation, they must according to the law of the land demonstrably, serve the interest, concern, right, title, and/or legal share in something, participation in advantage and responsibility, to all communities in all of the 50 States of The Republic Of The United States. The ACLU has made a distinction and/or difference in treatment by prejudice, bias and/or discrimination the act, practice, or an instance of discriminating categorically rather than individually by prejudiced or prejudicial outlook, action, or treatment religious discrimination. And have violated the law of the land, and acts of treason aganist OUR United States Constitution by twisting the First Amendment, by making it void, moot and frivilous.

The Court asserts that an exempt organization must "demonstrably serve and be in
 harmony with the public interest," must have a purpose that comports with "the common community conscience," and must not act in a manner "affirmatively at odds with [the] United States Constitution and/or Government." Christians, Homosexuals, Pro-Abortionist, Alcohol, Gambling, Boy Scotts, etc. are all community interest 501 c 3 an interacting population of various kinds of individuals (as species) in a common location, and/or
 right, title, or legal share in something, and/or a class of peoples.

## 4 Text intended to separate ideas.

**AND**

STARE DECISIS  Lat. "to stand by that which is decided."

But in the 1983 case Marsh v. Chambers, the U.S. Supreme Court noted, "In light of the unambiguous

and unbroken history of more than 200 years, there can be no doubt that the practice of opening

legislative sessions with prayer has become part of the fabric of our society."

The court said, "To invoke Divine guidance on a public body entrusted with making the laws is not,

in these circumstances, an 'establishment' of religion or a step toward establishment; it is simply

a tolerable acknowledgment of beliefs widely held among the people of this country."

which includes YHWH GOD can be mentioned anywhere in  honor or respect, shown to our

Father Sovereign YHWH GOD and YAHSHUA MESSIAH our Savior.

**5.Text intended to separate ideas.**

**AND**

The ADMINISTRATIVE PROCEDURES ACT

§ 556. Hearings; The provisions in Section II on eligibility to deal with specific cases shall also apply to

civil law . (U. S. District Courts, 1789 ). ("quasi-statutory law"to be treated "as if" they were. )

**AND**

## U.S.C. TITLE 18

(RICO)  CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

TITLE 18  PART I  CHAPTER 96 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

§ection 1961 §ection 1962 §ection 1963 §ection 1964

and Act of treason against The United States Constitution

## U.S.C. TITLE 18

Sec. 241, Conspiracy against rights  Sec. 242  Deprivation of rights under color of law and/or

The United States Constitution. and Act of treason against The United States Constitution

## U.S.C. Title 42 Applies to States

U.S Codes, Title 42, Chapter 21, Subchapter I, Section 1983 - Civil Action for Deprivation

of Rights and Conspiracy against rights and Deprivation of rights under color of law and/or

The Delaware State Constitution.

and Act of treason aganist The United States Constitution

2. Text intended to separate ideas

## 6.Text intended to separate ideas.
### AND

### TO ARGUE FOR A CLAIM

### Plantiffs rights to a Hearing and a jury trial
Fed.R.Civ.P. 8(f) reads: "All pleadings shall be so construed as to do substantial justice."

### Substantive Due Process
"Substantive Due Process" is the fundamental constitutional legal theory upon which the
Griswold/Roe/Casey privacy right is based. The doctrine of Substantive Due Process holds that the Due
Process Clause not only requires "due process," that is, basic procedural rights, but that it also protects
basic substantive rights. "Substantive" rights are those general rights that reserve to the individual the
power to possess or to do certain things, despite the government's desire to the contrary. These are rights
like freedom of speech and religion. "Procedural" rights are special rights that, instead, dictate how the
government can lawfully go about taking away a person's freedom or property or life, when the law
otherwise gives them the power to do so. The "why" is substantive due process. Even if an unreasonable
law is passed and signed into law legally (procedural due process), substantive due process can make the
law unconstitutional.

### PRO SE RIGHTS
Lawyers have no licensed to practice LAW That is FRAUD AND DECEPTION to the Citizens of The
republic of The United States.

### Stare Decisis
The precedent decisions are to be followed by the courts

The UNITED STATES SUPREME COURT Schware Doctrine.
Schware v. Board of Examiners, United State Reports 353 U.S.
The practice of law cannot be licensed by any body of men united by profession, or constituting a
community of a particular character and/or Union State, the supreme public power within a

sovereign political entity. Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239. The practice of law cannot be licensed by any state/State."

Sherar v. Cullen, 481 F. 2d 946 (1973)
There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

The UNITED STATES SUPREME COURT Sims v. Aherns, 271 SW 720 (1925)
The practice of law is a right a occupation of common a right

Roadway Express v. Pipe, 447 U.S. 752 at 757 (1982)
Due to sloth, inattention or desire to seize tactical advantage, lawyers have long engaged in dilatory practices... the glacial pace of much litigation breeds frustration with the Federal Courts and ultimately, disrespect for the law."

Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425 Litigants can be assisted by unlicensed laymen during judicial proceedings.

Conley v. Gibson, 355 U.S. 41 at 48 (1957)
Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial justice"... "The federal rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits." The court also cited Rule 8(f) FRCP, which holds that all pleadings shall be construed to do substantial justice.

Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449 The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice."

Elmore v. McCammon (1986) 640 F. Supp. 905
the right to file a lawsuit pro se is one of the most important rights under the constitution and laws."

Federal Rules of Civil Procedures, Rule 17, 28 USCA "Next Friend"
A next friend is a person who represents someone who is unable to tend to his or her own interest.

Haines v. Kerner, 404 U.S. 519 (1972)
Allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient"... which we hold to less stringent standards than formal pleadings drafted by lawyers."

Jenkins v. McKeithen, 395 U.S. 411, 421 (1959); Picking v. Pennsylvania R. Co., 151 Fed 2nd 240; Pucket v. Cox, 456 2nd 233 Pro se pleadings are to be considered without regard to technicality; pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers.

Maty v. Grasselli Chemical Co., 303 U.S. 197 (1938)
Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end. Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a just judgment."

NAACP v. Button, 371 U.S. 415); United Mineworkers of America v. Gibbs, 383 U.S. 715; and
Johnson v. Avery, 89 S. Ct. 747 (1969)
Members of groups who are competent nonlawyers can assist other members of the group achieve
the goals of the group in court without being charged with "unauthorized practice of law."

Picking v. Pennsylvania Railway, 151 F.2d. 240, Third Circuit Court of Appeals
The plaintiff's civil rights pleading was 150 pages and described by a federal judge as "inept".
Nevertheless, it was held "Where a plaintiff pleads pro se in a suit for protection of civil rights, the
Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities."

Puckett v. Cox, 456 F. 2d 233 (1972) (6th Cir. USCA)
It was held that a pro se complaint requires a less stringent reading than one drafted by a lawyer
per Justice Black in Conley v. Gibson

3. Text intended to separate ideas

7. Text intended to seperate ideas

## CAUSE IN A COURT OF LAW COUNT ONE

The ACLU has usurped plantiffs United States Constitution and First, Ninth, and Fourteenth

Amendments to plantiffs United States Constitution

# Point of Authorities and/or fact

## CONSTITUTIONAL RIGHTS OF PLANTIFFS
### Stare Decisis
### The precedent decisions are to be followed by the courts

Boyd v. United, 116 U.S. 616 at 635 (1885)
It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against
any stealthy encroachments thereon.  Their motto should be Obsta Principiis."

Downs v. Bidwell, 182 U.S. 244 (1901)
it will be an evil day for American Liberty if the theory of a government outside supreme law finds
lodgement in our constitutional jurisprudence.  No higher duty rests upon this Court than to exert its
full authority to prevent all violations of the principles of the Constitution."

Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644
Constitutional 'rights' would be of little value if they could be indirectly denied."

Juliard v. Greeman, 110 U.S. 421 (1884)
Supreme Court Justice Field, "There is no such thing as a power of inherent sovereignty in the
government of the United States... In this country, sovereignty resides in the people, and Congress can
exercise power which they have not, by their Constitution, entrusted to it.  All else is withheld."

Mallowy v. Hogan, 378 U.S. 1
All rights and safeguards contained in the first eight amendments to the federal Constitution are equally applicable."

Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603
Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

Norton v. Shelby County, 118 U.S. 425 p. 442
An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)
in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship."

**8.Text intended to seperate ideas**

## CORRUPTION OF AUTHORITY
### ACLU through The Federal Courts

Owen v. City of Independence
The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury." ACLU through The Federal Courts

Perry v. United States, 204 U.S. 330, 358
I do not understand the government to contend that it is any less bound by the obligation than a private individual would be..." "It is not the function of our government to keep the citizen from falling into error; it is the function of the citizen to keep the government from falling into error."

U.S. v. Lee, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)
No man in this country is so high that he is above the law. No officer of the law may set that law at defiance, with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law are bound to obey it." It is the only supreme power in our system of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."

USURPING OF OUR UNITED STATES CONSTITUTION By the ACLU THROUGH

THE FEDERAL COURTS As a concerned citizens, WE PLANTIFFS am taking a stand

against the ACLU's radical agenda, which undermines our nation's moral and religious heritage.

The ACLU policies and actions to strip faith in God from the public square while promoting

anti-family and pro-homosexual initiatives. I am calling on leaders in government and media

to tell the truth about the ACLU's radical agenda through this federal lawsuit . Furthermore,

I demand lawmakers take the necessary steps to eliminate the monetary

motives behind the ACLU's campaign to remove all mention of God from the public

square. The ACLU does not represent me nor the vast, super majority of American citizens.

4. Text intended to separate ideas

**9. ext intended to seperate ideas**

## CAUSE IN A COURT OF LAW COUNT TWO

## Point of Authorities and/or fact

THE ACLU through our Federal Courts HAVE USURPED OUR UNITED STATES

CONSTITUTION, FIRST AMENDMENT, NINTH, AND FOURTEENTH AMENDMENT.

## TREASON ALSO APPLIES TO THE ACLU
**Stare Decisis**
**The precedent decisions are to be followed by the courts**

If a judge does not fully comply with the Constitution, then his orders are

void, In re Sawyer, 124 U.S. 200

(1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged

in an act or acts of treason. U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406

(1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

Point of Authorities and/or fact

First Amendment The Law Of The Land

This is the real meaning of the First Amendment Clause of our United States Constitution, which reads: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof;..." The Establishment Clause of the First Amendment plainly prohibits the establishment of a national religion by Congress or the preference of one religion over another.

Father of the United States Constitution, James Madison had this clause put into the Constitution, in order that the government would never again force citizens to attend a state-controlled

church, such as the Anglican Church in Virginia had been. This is the true meaning of the phrase: "Separation of the Church from interference by the State." Now, all the different Christian denominations could worship God in their own way, and preach the Gospel of salvation through Yahshua Messiah wherever they wished. Couple the First Amendment with the 10th Amendment, which says: "The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people." Now you clearly have to see the federal government has no power to interfere in Alabama's affairs on this matter raised by the actions of Alabama Chief Justice Roy Moore, who brought the Ten Commandments monument into the judiciary building. In the last century, we have stood by while our rights under the 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th and 10th amendments have slowly been whittled away. Each time a small slice has been taken, it has always been "for our own protection" or most often, at the expediency of the Government (a legal fiction often referred to as a "compelling interest"). For those who aren't aware, Benjamin Franklin once made the comment that, "Those who are willing to trade civil liberties for temporary security, deserve neither".

Over the years, we have been doing just that. We stand now at the point where the Security of the State is of more importance than individual liberty and freedom. And recently, the 9th Circuit Court of Appeals has driven one more nail into the 1st Amendment protections of religious liberty and free speech.

The judges who made this unfortunate ruling simply do not understand the First amendment. It does not bar religious expression in public settings or anywhere else. In fact, it expressly prohibits federal interference in the free expression of religion. Far from mandating strict secularism in schools, it instead bars the federal government from prohibiting the Pledge of Allegiance, school prayer, or any other religious expression. The politicians and judges pushing the removal of religion from public life are violating the First amendment, not upholding it.

The tired assertion of a separation of church and state has no historical or constitutional basis. Neither the language of the Constitution itself nor the legislative history reveals any mention of such separation. In fact, the authors of the First amendment - Fisher Ames and Elbridge Gerry - and the rest of the founders routinely referred to "Almighty God" in our founding documents. It is only in the last 50 years that the federal courts have perverted the meaning of the amendment and sought to unlawfully restrict religious expression. We cannot continue to permit our Constitution and our rich religious institutions to be degraded by profound misinterpretations of the Bill of Rights. - Congressman Ron Paul, Texas

This latest coup was directed at the Pledge of Allegiance that is voluntarily said in many places. Schools in particular. The 9th Circuit has said that the words "under God" within that pledge, constituted an establishment of religion. Therefore, it was unconstitutional to say the pledge, as it stands, in school. I should mention that the US Supreme Court has already said that the mandatory saying of the pledge violates free choice. This is a right and wise decision. So it's not as if anyone is required to say this. And yes, the current form of the pledge dates from 1954 and the words in dispute were inserted at the urging of President Eisenhower and the direction of Congress.

For all the reasons that one might have given at that time, it was wrong then. But after almost 50 years of tradition in saying the pledge in this form, the words no longer have the same meaning that was used to insert them. The words are no more an establishment of religion than our National Motto, found on our coinage from the late 1860's, In God We Trust. Nor anymore than the words used in our Declaration of Independence. It expresses an ideal. That same ideal is expressed in the Declaration of Independence. That the rights of men are derived from a souce higher than that of the Government itself.

The Divine Right of Kings, an age old phrase, expresses the same ideal. That is, even Kings owe their authority and power to something greater than they. The same ideal that "One Nation Under God" has

come to mean, despite its origins.

Schools should reflect the values and culture of the local community, wherein they are situated. This does not mean that they should teach a particular religious faith. That would be abhorrent to the sensibilities of most Americans and to the First Amendment in particular. By the same token, it does mean that they should be allowed to express the ethics and morals of the community. To do less is to say the local community has no say in how its children are to be taught. Local Control is and always has been one of the keys to Liberty. This freedom has been eroded by unconstitutional Federal mandates over the past 60 years or so, until we have reached a point wherein there is almost no autonomy at the local level at all.

The Establishment Clause of the First Amendment prohibits Congress and thereby the entire Federal Government to impose any religious restrictions upon the populace whatsoever. The Amendment reads in full:

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Note that this is a restriction upon the Government and not upon the people.

There are many that will say, the current decision by the 9th Circuit Court does not restrict the free speech of the people. They will even ask wherein have people been restricted. In order to answer these questions we will have to cite specific court cases and show where they, the courts, were wrong.

When one reads the US Constitution, you will find no grant of powers to meddle with the free speech of the people nor to interfere with their religious affairs. As a further proof that the Government does not have this authority in any way shape or form, the framers added the First Amendment, "Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof;..." This is a specific restriction upon the powers of Congress and by that simple extension, to the Federal Government as a whole. There is no grant of authority contained in this admonition.

For over a 150 years the Courts held to this simple interpretation of powers and authority. Any mention of "The Separation of Church and State" was scant and held no more meaning than the Government had no authority in these matters. It is a fact that until 1947, the Courts, the Executive and the Congress were neutral as regards religious expression. And that is precisely where the Government should be.

## 10. Text intended to seperate ideas

### Point of Authorities and/or fact

PREAMBLE
We The People (Not The ACLU) of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessing of Liberty to ourselves and our Posterity, do ordain and establish this Constitution
for the United States of America.

### Point of Authorities and/or fact

**ARTICLE I, Section 1**
The Federal Courts with the ACLU can not pass law of the Land.
All legislative Powers herein granted shall be vested in a Congress of the
United States, which shall consist of a Senate and House of Representatives.
Article I says that only Congress has the power to make laws. Congress cannot give these powers to any
other body. Through the years, however, Congress has created various federal agencies to make
regulations and put its policies into practice. Such agencies include the Federal Trade Commission, the
Consumer Product Safety Commission and the Interstate Commerce Commission.

## Point of Authorities and/or fact

**ARTICLE VI;**
THIS CONSTITUTION,....SHALL BE THE SUPREME LAW OF THE
LAND;AND THE JUDGES IN EVERY STATE SHALL BE BOUND THEREBY, ANY
THING IN THE CONSTITUTION OR LAWS OF ANY STATE TO THE CONTRARY
NOTWITHSTANDING."
This section, known as the supremacy clause, has been called the linchpin of the Constitution -- that is,
the part that keeps the entire structure from falling apart. It means simply, national laws are superior. It
also means that, to be valid, a national law must be in conformity with the Constitution.

## Point of Authorities and/or fact

**AMENDMENT 1**
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise
thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to
assemble, and to petition the Government for a redress of grievances.

Many countries have made one religion the established (official) church and supported it with
government funds. This amendment forbids Congress to set up or in any way provide for an established
church. It has been interpreted to forbid government endorsement of or aid to religious doctrines. In
addition, (Congress and/or The ACLU passes laws through the corrupt Federal Court System) may not
pass laws limiting worship, speech or the press, or preventing people from meeting peacefully. Congress
also may not keep people from asking the government for relief from unfair treatment. The Supreme
Court has interpreted the 14th Amendment as applying the First Amendment to the states as well as to
the federal government.

## Point of Authorities and/or fact

THE ACLU HAS USURPED OUR UNITED STATES CONSTITUTION, FIRST AMENDMENT,

NINTH, AND FOURTEENTH AMENDMENT.

The ACLU has  wrongfully and, especially as an habitual or regular practice

and without legal claim, usurped plantiffs  United States Constitution, Bill of Rights, Civil

Rights, and/or Civil Liberties. The entire nation has condemn  federal court rulings

that the pledge of allegiance cannot be recited in schools. The notion that the

phrase "one nation under God" renders the pledge

unconstitutional is ridiculous to most Americans, who strongly believe that expressions

of religious belief should be an integral part of public life. Yet although the public outcry

against this terrible ruling is understandable, the real

issue of religious freedom has not been addressed by Congress or the media. The judges who made this

unfortunate ruling simply do not understand the First amendment. It does not bar religious expression in

public settings or anywhere else. In fact, it expressly prohibits federal interference in the

free expression of religion. Far from mandating strict secularism in schools, it instead bars the federal

government from prohibiting the pledge of allegiance, school prayer, or any other religious expression.

The politicians and judges pushing the removal of religion from public life are

violating the First amendment, not upholding it. It's important to recognize that the

First amendment applies only to Congress. Remember,

the first sentence starts with "Congress shall make no law..." This means that matters

of religious freedom and expression should be decided by the states, with disputes settled

in state courts. The First amendment acts as a simple check on federal power, ensuring

that the federal government has no jurisdiction or authority whatsoever over religious issues.

The phony "incorporation" doctrine, dreamed up by activist

judges to pervert the plain meaning of the Constitution, was used once again by

a federal court to assume jurisdiction over a case that constitutionally was none

of its business. Similarly, the mythical

separation of church and state doctrine has no historical or constitutional basis. Neither the

language of the Constitution itself nor the legislative history reveals any mention of such

separation. In fact, the authors of the First amendment- Fisher Ames and Elbridge Gerry-

and the rest of the founders routinely referred to

"Almighty God" in their writings, including the Declaration of Independence.

It is only in the last 50 years

that federal courts have perverted the meaning of the amendment and sought to unlawfully restrict

religious expression. We cannot continue to permit our Constitution and our rich religious

institutions to be degraded by profound misinterpretations of the Bill of Rights. The federal

courts and the ACLU have no jurisdiction whatsoever over matters of religious freedom.

The federal government cannot forbid expressions

of religion, including the Ten Commandments, in either public or private life.

5. Text intended to separate ideas

Joseph D'Alessandro Plantiff resides at 23136 Prince George Drive Angola Estates Lewes,

Delaware 19958-9342  and John A. Franklin 30329 Vines Creek Road Dagsboro, Delaware 19939-9809

6. Text intended to separate ideas

ACLU Defendants reside at, 125 Broad Street, 18th Floor New York, NY 10004

7. Text intended to separate ideas

## 11. Text intended to seperate ideas

### PRAYER FOR RELIEF

(a)    punitive damages and exemplary damages.  All proceeds will be donated to Salvation Army and families and organizations that where injured, psychologically of, relating to, or arising from the mind or emotions and physically by the ACLU.  (If Awarded) [100%]

I declare under penalty of perjury that the following is true and correct.

Tuesday, March 28, 2006

Signed

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
phone (302)-945-1554

**Exhibit (A)**
**Christians right to file a lawsuit**
**The Court and Judicial Procedure YHWH's Word**

**Several Scripture in regards to:**

**LAWYERS**
**Luke 7:30**
**But the Pharisees and lawyers rejected the counsel of God against themselves, being not baptized of him.**

**LUKE 11: 46 - 52**
**46 Woe unto you also, ye lawyers! For ye lade men with burdens grievous to be borne, and ye yourselves touch not the burdens with one of your fingers.**


# Paul said.

**Suing the ACLU is Right and Correct, if we get no justice then it is in Our Fathers Hand, then we need to recuse to disqualify ( ourselves )**

**1 Corinthians 6:1-8 definitely instructs believers to not go to court against one another. To demonstrate that Christians are not capable of forgiving each other and reconcile their own differences is to demonstrate spiritual defeat. Why would someone want to become a Christian if Christians have just as many problems and are just as incapable of solving them? However, there are likely some instances when a lawsuit might be the proper course of action. If the Biblical pattern for reconciliation has been followed (Matt 18:15-17) and the offending party is still in the wrong, in some instances, a lawsuit might be the proper thing to do. This should only be done after much prayer for wisdom (James 1:5) and consultation with pastoral leadership.**

**There are some scriptures that talk about not suing people but they are talking about not suing other Christians. On the other hand Paul used the means of his citizenship to protect him and the church. I will give you some scriptures to think about and then based on that and your convictions you should be able to make a godly choice.**

**1 Cor. 6:4 states "If you then have judgments concerning things pertaining to this life, do you appoint those who are least esteemed by the church to judge?" The whole context of 1 Cor. 6:1-6 is dealing with disputes in the church but Paul does reference the court system when he says judgments concerning things pertaining to this life, I believe he means that in matters of life that are outside the church you do have the court system. Paul is saying that church problems should not be taken to the court system but should be judged within the church. He is not advocating using the court system here but I do not believe he is keeping us in it either.**

**PAUL USES SAME CORRUPT SYSTEM AS I DO AGAINST IT SELF.**
**Acts chapter 21 starting with verse 26 talks about Paul being arrested and wrongfully accused of something he did not do and then the Romans took him and in Chapter 22 starting with verse 24 we read "The commander brought Paul inside and ordered him lashed with whips to make him confess his crime. He wanted to find out why the crowd had become so furious. As they tied Paul down to lash him, Paul**

to the officer standing there, "Is it legal for you to whip a Roman citizen who hasn't even been tried?" As you read the whole story you find out that Paul used the Roman law and his citizenship to protect himself. As you see there is nothing wrong with using the court system as long as you do it with a right motive and a pure heart.
I AM USING THE CORRUPT FEDERAL COURT SYSTEM AGANIST ITSELF.

**Suing the ACLU is Right and Correct, if we get no justice then it is in Our Fathers Hand, then we need to recuse to disqualify ( ourselves )**

1 Cor. 6:7 also has this to say "Actually, then, it is already a defeat for you, that you have lawsuits with one another. Why not rather be wronged? Why not rather be defrauded?" Now this again as before is dealing with taking our lawsuits within the church to a court outside the church and publicly disgracing the church by not dealing with our own issues. The thing Paul is concerned with here is the testimony of the believer. You need to consider this when you go to court.

*Joseph D' Alessandro*

Joseph D'Alessa
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342






06-212

**Chief Court Clerk, U.S. District Court Of Delaware**
**Mr. Peter Dalleo**
**J. Caleb Boggs Federal Building**
**844 N. King Street**
**Lockbox 18**
**Wilmington, DE 19801**