IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. D'ALLESSANDRO, and <br> JOHN A. FRANKLIN, <br>     Plaintiffs, <br>     v. <br> AMERICAN CIVIL LIBERTIES <br> UNION, EXECUTIVE DIRECTOR <br> ANTHONY D. ROMERO, PRESIDENT <br> NADINE STROSSEN, LEGAL <br> DIRECTOR STEVEN SHAPIRO, <br> DIRECTOR CAROLINE FREDRICKSON, <br> DONNA MCKAY, GERI E. ROZANSKI, <br> and EMILY TYNES, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-212-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

The plaintiffs, Joseph L. D'Alessandro ("D'Alessandro") and John A. Franklin ("Franklin"), appear *pro se*, and have filed this action without prepayment of the filing fee. The plaintiffs are jointly and severally liable for the $250.00 filing fee.

D'Alessandro filed a request to proceed *in forma pauperis* (D.I. 1), but Franklin did not. Therefore, Franklin **shall file** with the court a request to proceed *in forma pauperis* within thirty (30) days from the date of this order. **Failure by Franklin to return the requested information within the thirty days shall result in his dismissal from the action without prejudice**.

The court also notes that the complaint in this case is filed on behalf of both the plaintiffs, but is signed only by plaintiff D'Alessandro. D'Alessandro is not an licensed attorney and therefore cannot represent or file documents on behalf of other individuals. Hence, pleadings

filed on behalf of both the *pro se* plaintiffs **must** be signed by each of them. Because the complaint is signed only by D'Alessandro, the complaint (D.I. 2) is **STRICKEN**. The plaintiffs are given leave to file an amended complaint appropriately signed by both plaintiffs. **The amended complaint shall be filed within 30 days from the date of this order or the case will be closed.**

The plaintiffs are forewarned that future pleadings filed on behalf of both *pro se* plaintiffs and that are not signed by each of them will be **STRICKEN**.

_____
UNITED STATES DISTRICT JUDGE

April __7__, 2006
Wilmington, Delaware