

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE    C6·212

Sunday, 30 April, 2006

Joseph D'Alessandro and John A. Franklin and all citizens in the same manner <u>Pro-Se & Pro-Socia</u>
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
phone (302)-945-1554
         and
John A. Franklin
30329 Vines Creek Road
Dagsboro, Delaware 19939-9809
302 732- 1400
Voice & Fax 302 732 3933

plantiffs

FILED

MAY 0 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To scanned

    v.          Civil Docket No. 1:06-cv-00212-GMS
                VERIFIED COMPLAINT DEMAND A JURY TRIAL (seventh amendment)


(ACLU) AMERICAN CIVIL LIBERTIES UNION a foreign corporation
125 Broad Street, 18th Floor New York, NY 10004
AND THE FOLLOWING IN THERE OFFICIAL CAPACITY
AND INDIVIDUAL CAPACITY
Anthony D. Romero, Executive Director
Nadine Strossen, President of the ACLU
Steven Shapiro, Legal Director of the ACLU
Caroline Fredrickson, Director of the Washington Legislative Office
Donna McKay, Director of Development
Geri E. Rozanski, Director of Affiliate Support
Emily Tynes, Communications Director

defendants


# PLANTIFFS  MOTION FOR LEAVE TO PROCEED IN

# FORMA PAUPERIS AS PER PLANTIFFS FIRST AMENDMENT TO OUR

# UNITED STATES CONSTITUTION THE FEDERAL COURTS ARE A

# FEDERAL GOVERNMENT AGENCY UNDER THE CONTROL OF OUR

# UNITED STATES CONGRESS

## PLANTIFFS REQUEST

That  filing fees be waived under a declaration of Oath for lack of funds.

Both plantiffs are living on fixed incomes and on social security disability.

and can not afford the filing fee.

<u>Sunday, April 30, 2006</u>

signed,

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
phone (302)-945-1554

John A. Franklin
30329 Vines Creek Road
Dagsboro, Delaware 19939-9809
(302)-732-1400



U.S. POSTAGE
MILLSBORO
1990
MAY 02
0005 LBS
19801 $2
AMOUNT
$2.55
0000



J.S.M.S.
X-RAY

Chief Court Clerk, U.S. District Court Of

Delaware

Mr. Peter Dalleo

J. Caleb Boggs Federal Building

844 N. King Street

Lockbox 18

Wilmington, DE 19801

Joseph D'Alessandro & Olga D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

