

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

06 212

Saturday, April 08, 2006

Joseph D'Alessandro and John A. Franklin and all citizens in the same manner <u>Pro-Se & Pro-Socia</u>
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
phone (302)-945-1554
      and
John A. Franklin
30329 Vines Creek Road
Dagsboro, Delaware 19939-9809
302 732- 1400
Voice & Fax 302 732 3933



plantiffs

   v.      Civil Docket No.
            VERIFIED COMPLAINT DEMAND A JURY TRIAL (seventh amendment)

(ACLU) AMERICAN CIVIL LIBERTIES UNION a foreign corporation
125 Broad Street, 18th Floor New York, NY 10004
AND THE FOLLOWING IN THERE OFFICIAL CAPACITY
AND INDIVIDUAL CAPACITY
Anthony D. Romero, Executive Director
Nadine Strossen, President of the ACLU
Steven Shapiro, Legal Director of the ACLU
Caroline Fredrickson, Director of the Washington Legislative Office
Donna McKay, Director of Development
Geri E. Rozanski, Director of Affiliate Support
Emily Tynes, Communications Director

defendants

1. Text intended to separate ideas.

A preliminary statement:

<u>DISMISSAL OF SUIT</u>:

It can be argued that to dismiss a civil rights action or other lawsuit in which a serious factual pattern or allegation of a cause of action has been made would itself be violating of procedural due process as it

would
deprive a pro se litigant of equal protection of the law vis a vis a party who is represented by counsel.

Also, see Federal Rules of Civil Procedure, Rule 60 - Relief from Judgment or Order (a) Clerical Mistakes
and (b) Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, etc.
<u>Walter Process Equipment v. Food Machinery, 382 U.S. 172 (1965)</u>
in a "motion to dismiss, the material allegations of the complaint are taken as admitted". From this vantage point, courts are reluctant to dismiss complaints unless it appears the plaintiff can prove no set of facts in support of his claim which would entitle him to relief

# See:
<u>Conley v. Gibson, 355 U.S. 41 at 48 (1957)</u>
Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial justice"... "The federal rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits." The court also cited Rule 8(f) FRCP, which holds that all pleadings shall be construed to do substantial justice.

][[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[[

All proceeds will be donated to Salvation Army and families and organizations that where injured, psychologically of, relating to, or arising from the mind or emotions and physically by the ACLU. (If Awarded) [100%]

The ACLU has usurped plantiffs United States Constitution and First, Ninth, and Fourteenth Amendments to plantiffs United States Constitution and Delaware Constitution. The First, Ninth, and Fourteenth, amendments apply to Federal Law and State Law.
Discrimination treatment or consideration <u>based on class or category rather than individual merit</u>; partiality or prejudice:

I exercise and/or am putting into play, My First Amendment Right, to The United States Constitution and THE DECLARATION OF INDEPENDENCE, as initiated by Our Founding Fathers led by [JOHN HANCOCK] and United States Constitution, as initiated by Our
Founding Fathers led by [JAMES MADISON].

## AMENDMENT 1 [JAMES MADISON]
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, <u>or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances</u>.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Note that this is a restriction upon the Government and not upon the people.

Many countries have made one religion the established (official) church and supported it with

government funds. This amendment forbids Congress to set up or in any way provide for an established church. It has been interpreted to forbid government endorsement of or aid to religious doctrines. In addition, Congress may not pass laws limiting worship, speech or the press, or <u>preventing people from meeting peacefully. Congress also may not keep people from asking the government for relief from unfair treatment</u>. The Supreme Court has interpreted the 14th Amendment as applying the First Amendment to the states as well as to the federal government.

[]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]

## 2. Text intended to separate ideas.

Formal allegation against a party and/or parties and Federal Statues
**COMPLAINT AND JURISDICTION**
The power, right, or authority to interpret and apply the law
Federal questions and diversity of citizenship

"IF YOU DO NOT KNOW YOUR RIGHTS YOU HAVE NO RIGHTS"

1. Text intended to separate ideas

Federal Law, according to federal jurisdiction pursuant to (a) Article III § 2 which extends the

jurisdiction PROCEDURAL AND "SUBSTANTIVE RIGHTS" Substantive Due Process

arising under the U.S. Constitution. TITLE 28 PART IV CHAPTER 85 JURISDICTION

sec. 1331. Federal question First Amendment and Foueteeth Amendment Rights and

Ninth Amendment Rights

and § 1332. Diversity of citizenship; amount in controversy; costs.

## Plantiffs Rights Point of Authority:
STARE DECISIS Lat. "to stand by that which is decided."

Sherar v. Cullen, 481 F. 2d 946 (1973)
    "There can be no sanction or penalty imposed upon one because of his exercise of Constitutional
        Rights."
Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239.
    "The practice of law cannot be licensed by any state/State."

The UNITED STATES SUPREME COURT Schware Doctrine.
Schware v. Board of Examiners, United State Reports 353 U.S.
"The practice of law cannot be licensed by any body of men united by profession, or constituting a community of a particular character and/or Union State, the supreme public power within a sovereign political entity.

Sims v. Aherns, 271 SW 720 (1925)
"The practice of law is an occupation of common right."

Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)
.in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship."

Boyd v. United, 116 U.S. 616 at 635 (1885)
   Justice Bradley, "It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful <u>for the Constitutional Rights of the Citizens,</u> and against any stealthy encroachments thereon. Their motto should be Obsta Principiis."

Downs v. Bidwell, 182 U.S. 244 (1901)
"It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgement in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."

Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644
"Constitutional 'rights' would be of little value if they could be indirectly denied."

Juliard v. Greeman, 110 U.S. 421 (1884)
 Supreme Court Justice Field, "There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power which they have not, by their Constitution, entrusted to it. All else is withheld."

Mallowy v. Hogan, 378 U.S. 1
"All rights and safeguards contained in the first eight amendments to the federal Constitution are equally applicable."

Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603
Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

Norton v. Shelby County, 118 U.S. 425 p. 442
An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

Simmons v. United States, 390 U.S. 377 (1968)
he claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law".

Warnock v. Pecos County, Texas., 88 F3d 341 (5th Cir. 1996)
Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

## 3 Text intended to separate ideas.

<u>**AND/OR REDRESABLE**</u>

SUPREME COURT OF THE UNITED STATES 461 U.S. 574

STARE DECISIS Lat. "to stand by that which is decided." The principal that the precedent decisions are to be followed by the courts. To abide or adhere to decided cases.

Bob Jones University v. United State of America The ACLU is a 501 c 3 non-profit corporation, they must according to the law of the land demonstrably, serve the interest, concern, right, title, and/or legal share in something, participation in advantage and responsibility, to all communities in all of the 50 States of The Republic Of The United States. The ACLU has made a distinction and/or difference in treatment by prejudice, bias and/or discrimination the act, practice, or an instance of discriminating categorically rather than individually by prejudiced or prejudicial outlook, action, or treatment religious discrimination. And have violated the law of the land, and acts of treason against OUR United States Constitution by twisting the First Amendment, by making it void, moot and frivolous.

The Court asserts that an exempt organization must "demonstrably serve and be in harmony with the public interest," must have a purpose that comports with "the common community conscience," and must not act in a manner "affirmatively at odds with [the] United States Constitution and/or Government." Christians, Homosexuals, Pro-Abortionist, Alcohol, Gambling, Boy Scotts, etc. are all community interest 501 c 3 an interacting population of various kinds of individuals (as species) in a common location, and/or right, title, or legal share in something, and/or a class of peoples.

## 4 Text intended to separate ideas.

<u>**AND**</u>

STARE DECISIS Lat. "to stand by that which is decided."

But in the 1983 case Marsh v. Chambers, the U.S. Supreme Court noted, "In light of the unambiguous and unbroken history of more than 200 years, there can be no doubt that the practice of opening legislative sessions with prayer has become part of the fabric of our society."
The court said, "To invoke Divine guidance on a public body entrusted with making the laws is not, in these circumstances, an 'establishment' of religion or a step toward establishment; it is simply a tolerable acknowledgment of beliefs widely held among the people of this country." which includes YHWH GOD can be mentioned anywhere in honor or respect, shown to our Father Sovereign YHWH GOD and YAHSHUA MESSIAH our Savior.

5. Text intended to separate ideas.

## AND

The ADMINISTRATIVE PROCEDURES ACT

§ 556. Hearings; The provisions in Section II on eligibility to deal with specific cases shall also apply to civil law . (U. S. District Courts, 1789 ). ("quasi-statutory law"to be treated "as if" they were. )

## AND

## U.S.C. TITLE 18

(RICO) CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

TITLE 18 PART I CHAPTER 96 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

Section 1961 Section 1962 Section 1963 Section 1964

and Act of treason aganist The United States Constitution

## U.S.C. TITLE 18

Sec. 241, Conspiracy against rights  Sec. 242  Deprivation of rights under color of law and/or

The United States Constitution. and Act of treason aganist The United States Constitution

## U.S.C. Title 42 Applies to States

U.S Codes, Title 42, Chapter 21, Subchapter I, Section 1983 - Civil Action for Deprivation

of Rights and Conspiracy against rights and Deprivation of rights under color of law and/or

The Delaware State Constitution.

and Act of treason aganist The United States Constitution

2. Text intended to separate ideas

## 6.Text intended to separate ideas.
### AND

### TO ARGUE FOR A CLAIM

### Plantiffs rights to a Hearing and a jury trial
Fed.R.Civ.P. 8(f) reads: "All pleadings shall be so construed as to do substantial justice."
Also, see Federal Rules of Civil Procedure, Rule 60 - Relief from Judgment or Order (a) Clerical Mistakes
and (b) Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, etc.
Walter Process Equipment v. Food Machinery, 382 U.S. 172 (1965)
in a "motion to dismiss, the material allegations of the complaint are taken as admitted".  From this vantage point, courts are reluctant to dismiss complaints unless it appears the plaintiff can prove no set of facts in support of his claim which would entitle him to relief

## See:
Conley v. Gibson, 355 U.S. 41 at 48 (1957)
Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial justice"... "The federal rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits."  The court also cited Rule 8(f) FRCP, which holds that all pleadings shall be construed to do substantial justice.

### Substantive Due Process
"Substantive Due Process" is the fundamental constitutional legal theory upon which the Griswold/Roe/Casey privacy right is based. The doctrine of Substantive Due Process holds that the Due Process Clause not only requires "due process," that is, basic procedural rights, but that it also protects basic substantive rights. "Substantive" rights are those general rights that reserve to the individual the power to possess or to do certain things, despite the government's desire to the contrary. These are rights like freedom of speech and religion. "Procedural" rights are special rights that, instead, dictate how the government can lawfully go about taking away a person's freedom or property or life, when the law otherwise gives them the power to do so. The "why" is substantive due process. Even if an unreasonable law is passed and signed into law legally (procedural due process), substantive due process can make the law unconstitutional.

### PRO SE RIGHTS
Lawyers have no licensed to practice LAW That is FRAUD AND DECEPTION to the Citizens of The

republic of The United States.

**Stare Decisis**
The precedent decisions are to be followed by the courts

The UNITED STATES SUPREME COURT Schware Doctrine.
Schware v. Board of Examiners, United State Reports 353 U.S.
The practice of law cannot be licensed by any body of men united by profession, or constituting a community of a particular character and/or Union State, the supreme public power within a sovereign political entity. Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239. The practice of law cannot be licensed by any state/State."

Sherar v. Cullen, 481 F. 2d 946 (1973)
There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

The UNITED STATES SUPREME COURT Sims v. Aherns, 271 SW 720 (1925)
The practice of law is a right a occupation of common a right

Roadway Express v. Pipe, 447 U.S. 752 at 757 (1982)
Due to sloth, inattention or desire to seize tactical advantage, lawyers have long engaged in dilatory practices... the glacial pace of much litigation breeds frustration with the Federal Courts and ultimately, disrespect for the law."

Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425 Litigants can be assisted by unlicensed laymen during judicial proceedings.

Conley v. Gibson, 355 U.S. 41 at 48 (1957)
Following the simple guide of rule 8(f) that all pleadings shall be so construed as to do substantial justice"... "The federal rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits." The court also cited Rule 8(f) FRCP, which holds that all pleadings shall be construed to do substantial justice.

Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449 The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice."

Elmore v. McCammon (1986) 640 F. Supp. 905
the right to file a lawsuit pro se is one of the most important rights under the constitution and laws."

Federal Rules of Civil Procedures, Rule 17, 28 USCA "Next Friend"
A next friend is a person who represents someone who is unable to tend to his or her own interest.

Haines v. Kerner, 404 U.S. 519 (1972)
Allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient"... which we hold to less stringent standards than formal pleadings drafted by lawyers."

Jenkins v. McKeithen, 395 U.S. 411, 421 (1959); Picking v. Pennsylvania R. Co., 151 Fed 2nd 240; Pucket v. Cox, 456 2nd 233 Pro se pleadings are to be considered without regard to technicality; pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers.

Maty v. Grasselli Chemical Co., 303 U.S. 197 (1938)
Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end. Proper pleading is important, but its importance consists in its effectiveness as a means to accomplish the end of a just judgment."

NAACP v. Button, 371 U.S. 415); United Mineworkers of America v. Gibbs, 383 U.S. 715; and Johnson v. Avery, 89 S. Ct. 747 (1969)
Members of groups who are competent nonlawyers can assist other members of the group achieve the goals of the group in court without being charged with "unauthorized practice of law."

Picking v. Pennsylvania Railway, 151 F.2d. 240, Third Circuit Court of Appeals
The plaintiff's civil rights pleading was 150 pages and described by a federal judge as "inept". Nevertheless, it was held "Where a plaintiff pleads pro se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities."

Puckett v. Cox, 456 F. 2d 233 (1972) (6th Cir. USCA)
It was held that a pro se complaint requires a less stringent reading than one drafted by a lawyer per Justice Black in Conley v. Gibson

3. Text intended to separate ideas

**7. Text intended to seperate ideas**

## CAUSE IN A COURT OF LAW COUNT ONE

The ACLU has usurped plantiffs United States Constitution and First, Ninth, and Fourteenth

Amendments to plantiffs United States Constitution  Treatment or consideration based on class

or category rather than individual merit; partiality or prejudice:

Point of Authorities and/or fact

## CONSTITUTIONAL RIGHTS OF PLANTIFFS
**Stare Decisis**
**The precedent decisions are to be followed by the courts**

Boyd v. United, 116 U.S. 616 at 635 (1885)
It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon. Their motto should be Obsta Principiis."

Downs v. Bidwell, 182 U.S. 244 (1901)
it will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgement in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."

Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644
Constitutional 'rights' would be of little value if they could be indirectly denied."

Juliard v. Greeman, 110 U.S. 421 (1884)
Supreme Court Justice Field, "There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power which they have not, by their Constitution, entrusted to it. All else is withheld."

Mallowy v. Hogan, 378 U.S. 1
All rights and safeguards contained in the first eight amendments to the federal Constitution are equally applicable."

Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603
Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

Norton v. Shelby County, 118 U.S. 425 p. 442
An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)
in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship."

**8. Text intended to seperate ideas**

## CORRUPTION OF AUTHORITY
### ACLU through The Federal [Agency] Courts

Owen v. City of Independence
The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury." ACLU through The Federal [Agency] Courts

Perry v. United States, 204 U.S. 330, 358
I do not understand the government to contend that it is any less bound by the obligation than a private individual would be..." "It is not the function of our government to keep the citizen from falling into error; it is the function of the citizen to keep the government from falling into error."

U.S. v. Lee, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)
No man in this country is so high that he is above the law. No officer of the law may set that law at defiance, with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law are bound to obey it." It is the only supreme power in our system of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to

that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."

USURPING OF OUR UNITED STATES CONSTITUTION By the ACLU THROUGH THE FEDERAL COURTS As a concerned citizens, WE PLANTIFFS am taking a stand against the ACLU's radical agenda, which undermines our nation's moral and religious heritage. The ACLU policies and actions to strip faith in God from the public square while promoting anti-family and pro-homosexual initiatives. I am calling on leaders in government and media to tell the truth about the ACLU's radical agenda through this federal lawsuit . Furthermore, I demand lawmakers take the necessary steps to eliminate the monetary motives behind the ACLU's campaign to remove all mention of God from the public square. The ACLU does not represent me nor the vast, super majority of American citizens.

4. Text intended to separate ideas

**9. Text intended to seperate ideas**

## CAUSE IN A COURT OF LAW COUNT TWO

# Point of Authorities and/or fact

THE ACLU through our The Federal [Agency] Courts HAVE USURPED OUR UNITED STATES CONSTITUTION, FIRST AMENDMENT, NINTH, AND FOURTEENTH AMENDMENT.

## TREASON ALSO APPLIES TO THE ACLU
Stare Decisis
The precedent decisions are to be followed by the courts

If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason. Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

### Point of Authorities and/or fact

**First Amendment The Law Of The Land**

This is the real meaning of the First Amendment Clause of our United States Constitution, which reads: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof;..." The Establishment Clause of the First Amendment plainly prohibits the establishment of a national religion by Congress or the preference of one religion over another.

Father of the United States Constitution, James Madison had this clause put into the Constitution, in order that the government would never again force citizens to attend a state-controlled church, such as the Anglican Church in Virginia had been. This is the true meaning of the phrase: "Separation of the Church from interference by the State." Now, all the different Christian denominations could worship God in their own way, and preach the Gospel of salvation through Yahshua Messiah wherever they wished. Couple the First Amendment with the 10th Amendment, which says: "The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people." Now you clearly have to see the federal government has no power to interfere in Alabama's affairs on this matter raised by the actions of Alabama Chief Justice Roy Moore, who brought the Ten Commandments monument into the judiciary building. In the last century, we have stood by while our rights under the 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th and 10th amendments have slowly been whittled away. Each time a small slice has been taken, it has always been "for our own protection" or most often, at the expediency of the Government (a legal fiction often referred to as a "compelling interest"). For those who aren't aware, Benjamin Franklin once made the comment that, "Those who are willing to trade civil liberties for temporary security, deserve neither".

Over the years, we have been doing just that. We stand now at the point where the Security of the State is of more importance than individual liberty and freedom. And recently, the 9th Circuit Court of Appeals has driven one more nail into the 1st Amendment protections of religious liberty and free speech.

   The judges who made this unfortunate ruling simply do not understand the First amendment. It does not bar religious expression in public settings or anywhere else. In fact, it expressly prohibits federal interference in the free expression of religion. Far from mandating strict secularism in schools, it instead bars the federal government from prohibiting the Pledge of Allegiance, school prayer, or any other religious expression. The politicians and judges pushing the removal of religion from public life are violating the First amendment, not upholding it.

   The tired assertion of a separation of church and state has no historical or constitutional basis. Neither the language of the Constitution itself nor the legislative history reveals any mention of such separation. In fact, the authors of the First amendment - Fisher Ames and Elbridge Gerry - and the rest of the founders routinely referred to "Almighty God" in our founding documents. It is only in the last 50 years that the federal courts have perverted the meaning of the amendment and sought to unlawfully restrict religious expression. We cannot continue to permit our Constitution and our rich religious institutions to be degraded by profound misinterpretations of the Bill of Rights. - Congressman Ron Paul, Texas

This latest coup was directed at the Pledge of Allegiance that is voluntarily said in many places. Schools in particular. The 9th Circuit has said that the words "under God" within that pledge, constituted an establishment of religion. Therefore, it was unconstitutional to say the pledge, as it stands, in school. I should mention that the US Supreme Court has already said that the mandatory saying of the pledge violates free choice. This is a right and wise decision. So it's not as if anyone is required to say this. And

yes, the current form of the pledge dates from 1954 and the words in dispute were inserted at the urging of President Eisenhower and the direction of Congress.

For all the reasons that one might have given at that time, it was wrong then. But after almost 50 years of tradition in saying the pledge in this form, the words no longer have the same meaning that was used to insert them. The words are no more an establishment of religion than our National Motto, found on our coinage from the late 1860's, In God We Trust. Nor anymore than the words used in our Declaration of Independence. It expresses an ideal. That same ideal is expressed in the Declaration of Independence. That the rights of men are derived from a souce higher than that of the Government itself.

The Divine Right of Kings, an age old phrase, expresses the same ideal. That is, even Kings owe their authority and power to something greater than they. The same ideal that "One Nation Under God" has come to mean, despite its origins.

Schools should reflect the values and culture of the local community, wherein they are situated. This does not mean that they should teach a particular religious faith. That would be abhorrent to the sensibilities of most Americans and to the First Amendment in particular. By the same token, it does mean that they should be allowed to express the ethics and morals of the community. To do less is to say the local community has no say in how its children are to be taught. Local Control is and always has been one of the keys to Liberty. This freedom has been eroded by unconstitutional Federal mandates over the past 60 years or so, until we have reached a point wherein there is almost no autonomy at the local level at all.

The Establishment Clause of the First Amendment prohibits Congress and thereby the entire Federal Government to impose any religious restrictions upon the populace whatsoever. The Amendment reads in full:

## Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

## Note that this is a restriction upon the Government and not upon the people.

There are many that will say, the current decision by the 9th Circuit Court does not restrict the free speech of the people. They will even ask wherein have people been restricted. In order to answer these questions we will have to cite specific court cases and show where they, the courts, were wrong.

When one reads the US Constitution, you will find no grant of powers to meddle with the free speech of the people nor to interfere with their religious affairs. As a further proof that the Government does not have this authority in any way shape or form, the framers added the First Amendment, "Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof;..." This is a specific restriction upon the powers of Congress and by that simple extension, to the Federal Government as a whole. There is no grant of authority contained in this admonition.

For over a 150 years the Courts held to this simple interpretation of powers and authority. Any mention

of "The Separation of Church and State" was scant and held no more meaning than the Government had no authority in these matters. It is a fact that until 1947, the Courts, the Executive and the Congress were neutral as regards religious expression. And that is precisely where the Government should be.

**10. Text intended to seperate ideas**

**Point of Authorities and/or fact**

PREAMBLE
We The People (Not The ACLU) of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessing of Liberty to ourselves and our Posterity, do ordain and establish this Constitution
for the United States of America.

**Point of Authorities and/or fact**

ARTICLE I, Section 1
The Federal Courts with the ACLU can not pass law of the Land.
All legislative Powers herein granted shall be vested in a Congress of the
United States, which shall consist of a Senate and House of Representatives.
Article I says that only Congress has the power to make laws. Congress cannot give these powers to any other body. Through the years, however, Congress has created various federal agencies to make regulations and put its policies into practice. Such agencies include the Federal Trade Commission, the Consumer Product Safety Commission and the Interstate Commerce Commission.

**Point of Authorities and/or fact**

ARTICLE VI;
THIS CONSTITUTION,....SHALL BE THE SUPREME LAW OF THE
LAND;AND THE JUDGES IN EVERY STATE SHALL BE BOUND THEREBY, ANY
THING IN THE CONSTITUTION OR LAWS OF ANY STATE TO THE CONTRARY
NOTWITHSTANDING."
This section, known as the supremacy clause, has been called the linchpin of the Constitution -- that is, the part that keeps the entire structure from falling apart. It means simply, national laws are superior. It also means that, to be valid, a national law must be in conformity with the Constitution.

**Point of Authorities and/or fact**

AMENDMENT 1
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Many countries have made one religion the established (official) church and supported it with government funds. This amendment forbids Congress to set up or in any way provide for an established church. It has been interpreted to forbid government endorsement of or aid to religious doctrines. In addition, (Congress and/or The ACLU passes laws through the corrupt Federal Court System) may not

pass laws limiting worship, speech or the press, or preventing people from meeting peacefully. Congress also may not keep people from asking the government for relief from unfair treatment. The Supreme Court has interpreted the 14th Amendment as applying the First Amendment to the states as well as to the federal government.

**Point of Authorities and/or fact**

THE ACLU HAS USURPED OUR UNITED STATES CONSTITUTION, FIRST AMENDMENT,

NINTH, AND FOURTEENTH AMENDMENT.

The ACLU has wrongfully and, especially as an habitual or regular practice

and without legal claim, usurped plantiffs United States Constitution, Bill of Rights, Civil

Rights, and/or Civil Liberties. The entire nation has condemn federal court rulings

that the pledge of allegiance cannot be recited in schools. The notion that the

phrase "one nation under God" renders the pledge

unconstitutional is ridiculous to most Americans, who strongly believe that expressions

of religious belief should be an integral part of public life. Yet although the public outcry

against this terrible ruling is understandable, the real

issue of religious freedom has not been addressed by Congress or the media. The judges who made this

unfortunate ruling simply do not understand the First amendment. It does not bar religious expression in

public settings or anywhere else. In fact, it expressly prohibits federal interference in the

free expression of religion. Far from mandating strict secularism in schools, it instead bars the federal

government from prohibiting the pledge of allegiance, school prayer, or any other religious expression.

The politicians and judges pushing the removal of religion from public life are

violating the First amendment, not upholding it. It's important to recognize that the

First amendment applies only to Congress. Remember,

the first sentence starts with "Congress shall make no law..." This means that matters

of religious freedom and expression should be decided by the states, with disputes settled

in state courts. The First amendment acts as a simple check on federal power, ensuring

that the federal government has no jurisdiction or authority whatsoever over religious issues.

The phony "incorporation" doctrine, dreamed up by activist

judges to pervert the plain meaning of the Constitution, was used once again by

a federal court to assume jurisdiction over a case that constitutionally was none

of its business. Similarly, the mythical

separation of church and state doctrine has no historical or constitutional basis. Neither the

language of the Constitution itself nor the legislative history reveals any mention of such

separation. In fact, the authors of the First amendment- Fisher Ames and Elbridge Gerry-

and the rest of the founders routinely referred to

"Almighty God" in their writings, including the Declaration of Independence.

It is only in the last 50 years

that federal courts have perverted the meaning of the amendment and sought to unlawfully restrict

religious expression. We cannot continue to permit our Constitution and our rich religious

institutions to be degraded by profound misinterpretations of the Bill of Rights. The federal

courts and the ACLU have no jurisdiction whatsoever over matters of religious freedom.

The federal government cannot forbid expressions

of religion, including the Ten Commandments, in either public or private life.

5. Text intended to separate ideas

Joseph D'Alessandro Plantiff resides at 23136 Prince George Drive Angola Estates Lewes,

Delaware 19958-9342  and John A. Franklin 30329 Vines Creek Road Dagsboro, Delaware 19939-9809

6. Text intended to separate ideas

ACLU Defendants reside at, 125 Broad Street, 18th Floor New York, NY 10004

7. Text intended to separate ideas

**11. Text intended to seperate ideas**

**PRAYER FOR RELIEF**

(a) punitive damages and exemplary damages. All proceeds will be donated to Salvation Army and families and organizations that where injured, psychologically of, relating to, or arising from the mind or emotions and physically by the ACLU. (If Awarded) [100%]

I declare under penalty of perjury that the following is true and correct.

Saturday, April 08, 2006

Signed

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
phone (302)-945-1554

John A. Franklin
30329 Vines Creek Road
Dagsboro, Delaware 19939-9809

*Joseph D'Alessandro*

Joseph D'Alessandro & Olga D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342



U.S. POSTAGE
MILLSBORO
MAY 02
1998
AMOUNT
$2.55
00057.02
19801

J.S.M.S.
X-RAY

Chief Court Clerk, U.S. District Court Of
Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801