IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. D'ALLESSANDRO and<br>JOHN A. FRANKLIN,<br><br>       Plaintiffs,<br><br>    v.<br><br>AMERICAN CIVIL LIBERTIES<br>UNION, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-212-GMS<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On April 7, 2006, the plaintiff, John A. Franklin ("Franklin"), was ordered to file with the court a request to proceed *in forma pauperis* within thirty (30) days from the date of the order. (D.I. 4.) Franklin timely filed the motion, but it does not contain the information required by the court to make a determine of his financial status to proceed as an indigent person. (D.I. 5.)

IT IS ORDERED THAT:

Franklin shall, within twenty-one days from the date of this order, either: (1) complete the attached Application to Proceed without Prepayment of Fees and Affidavit and return the application, or (2) pay in full the $250.00 filing fee.

**Failure to timely comply with this order shall result in the dismissal without prejudice of the plaintiff, John A. Franklin**.

_____
UNITED STATES DISTRICT JUDGE

June 12, 2006
Wilmington, Delaware