# EXHIBIT [C]

06-212 (GMS)

## 1:06-cv-00212-GMS D'Alessandro et al v. American Civil Liberties Union et al

**Gregory M. Sleet, presiding**
**Date filed: 03/30/2006 Date of last filing: 06/23/2006**

Annotation by Joseph D'Alessandro

The American Civil Liberties Union fraudulently claims that it "Protects" Civil Liberties in America. Yet this self-proclaimed "Civil Rights Group" is extremely selective as to the "Rights" it will defend, and the individuals it will assist.

For example, the ACLU has a long history, and pattern, of ignoring letters from, and refusing to defend, the Rights of America's Veterans.

VetsForJustice examines some of the "Views" of the ACLU in an attempt to find out if this really is a Civil Rights Organization, as it proclaims, or really a Political Party seeking to establish, and promote, specific Political Views.

JUL 3 1 2006
BD Scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The First Amendment

The First Amendment states that "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof".

Throughout history America's Forefathers, and all Citizens, have had the FREEDOM to refer to God in public. Or to not refer to a Supreme Being. There was a Freedom of Choice. You could wear Muslim garb, a Christian cross, or symbols of atheistism, if you so desired.

The government did not interfere with, or prohibit, the free exercise of religion.

Our Forefathers Freely put "In God We Trust" on America's Money and let citizens have the Freedom to exercise their beliefs, as they saw fit.

The government kept out of it.

Then along came the ACLU with a Political Agenda of making atheistism the Official Church of the United States. Seeking to not only promote the atheist belief, but to force all of America's Children to worship that Religion.

These Atheists Religious Extremists, seeking to impose their beliefs, and practices, on everyone else, embarked on a policy of filing suit whenever any religion, other then the religion of atheistism, was practiced in public.

They twisted the law, deceiving the public, and the Courts, and skillfully used the best attorneys in the Country to unconstitutionally do away with the prohibition clause of the First Amendment that required the government to stay out of religions arguments.

And they obtained a number of Court Decisions not only promoting atheism, but making that religion the Official Church of the United States Government, and the ONLY religion that may be practiced in public, and taught in our schools.

How does the ACLU justify this blatant violation, and destruction, of the First Amendment?

By frivolously claiming, as most atheists do, that atheistism is not a religion.

If you believe in Satan it's a religion. If you worship a statute it's a religion. If you worship rocks, and are sincere, then it is a religion.

Likewise, no intelligent man can go to the hundreds of atheist web sites, read their views, see how they actively practice their belief, and how they are actually more sincere, active, and extreme then most Christians, and not realize that atheistism IS not only a religion, but a well organized, highly worshiped, extremely active RELIGION.

It is a Church, within any description, or meaning, of Church.

For the ACLU to claim the belief of a Supreme Being is a Religion, but Atheistism is not, is like saying Red is a Color, but Blue is not.

It insults one's intelligence, and is intended to be part of a scheme to deceive everyone, and promote the Religion the ACLU wants to FORCE on all of us. And our children.

The Atheist Belief.

As the ACLU themselves admit at their web site;

"Some people mistakenly believe that separation of church and state implies hostility to religion. But in fact, the opposite is true. The Constitution's framers understood very well that religious liberty can flourish only if the government leaves religion alone. The free exercise clause of the First Amendment guarantees the right to practice one's religion free of government interference. The establishment clause requires the separation of Church and State. Combines they ensure religious liberty." [Emphasis added to stress certain points].

Given that the ACLU admits that the government must stay out of religion for it to flourish, it is easy to see the ACLU's true agenda, and what they are, by the way they have constantly used the Courts to force the government violate their own statement, and to interfere in the free exercise of religions beliefs in which there is a Supreme Being.

Conduct they themselves ADMIT violates the First Amendment, and hinders, religious liberty. As well as violating the "Free exercise clause of the First Amendment" that guarantees the right to practice one's

religion free of government interference.


**Veterans Rights**

Just as the ACLU does not believe in religious freedom, and has actually promoted atheistism, to the extent that it is illegal to worship any other way in public, the ACLU has posted at their site the "Rights" they promote.

If you are Gay the ACLU will defend your rights. If you are female and discriminated against you might receive help. If you fit into a number of specific groups the ACLU promotes they will assist you.

However, America's Veterans, which is a group, or "Class" of citizens that has been abused MORE then any other group in history is not assisted by the ACLU.

Nor will the ACLU even respond to letters from Veterans in most cases.

Blacks, Gays, Atheists, and other groups the ACLU defends have had "Meaningful" Rights to America's Courts for years to obtain relief.

America's Veterans is probably the ONLY class of citizens in America, that have been denied even the most Basic Human Right, of access to the Courts in America, until recently.

And even now that right is frivolous in most eases.

Still the ACLU refuses to assist the millions of America's Veterans who have no "Meaningful" Rights in the very country they fought for.

Yet the ACLU touts itself as a Civil Rights Defender?!!!

Disabled Veterans "Normally" wait twenty years, or more, for the VA to process their claims. While their families starve.

Thousands of Veterans die before their claims are ever processed.

It is "Normal" for the Department of Veterans Affairs to illegally destroy Veterans Claim Files. And/or evidence in the Veterans Claim File that is favorable to the Veteran.

It is "Normal" for the Department of Veterans Affairs to refuse to allow Veterans to bring tape recorders to record hearings, and for the VA Regional Office to "doctor" the recording it makes, and hide all testimony, and evidence, favorable to the Veteran.

In fact, this is the "Normal" Policy for the VA Regional Office in Saint Petersburg.

Meanwhile, amid all this massive corruption, the ACLU, this so called, self proclaimed "Civil Rights Defender", turns it's head, and closes it's eyes, while covering it's ears to the cries of America's Veterans.

And the ACLU allows hundreds of thousands of America's Veterans to suffer, all because the plight of America's Veterans, and their Civil Rights, are not part of the ACLU's Political Agenda.

As described on the front page of this site, America's Veterans can wait 18 years, or more, for the Corrupt Courts to simply rule on a Motion, on Pro Se Veteran's Law Suits, and still the ACLU, this self-promoting "Defender of America's Freedoms" turns it's head and refuses to help.

You judge a tree by it's fruit.

And based on their "Fruit", if the ACLU is "Really" a Civil Rights Group interested in protecting America's Freedoms, then Hitler was a Jew.

Simply put, it's all an ACLU CON GAME.

The ACLU doesn't give a squat about Civil Rights in America. It is a Political Party with specific fish to fry, and certain Political Beliefs to promote.

And the ACLU intends to FORCE it's Political Agenda on all of us. And our children.

The ACLU is probably the Greatest Threat to Freedom, and the United States Constitution, in the world today.

They are taking away ALL of our rights, with slick lawyers, and misguided judges, and they are severely discriminating against America's Veterans.



Joseph D'Alessandro Anziano
23136 Prince George Drive, Angola Estates
Lewes, Delaware 19958-9342



Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801