IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. D'ALESSANDRO and JOHN A. FRANKLIN, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 06-212-GMS ) ) ) ) ) ) |

**ORDER**

On June 12, 2006, the plaintiff, John A. Franklin ("Franklin"), was ordered, within twenty-one days from the date of the order, to file with the court a complete Application to Proceed without Prepayment of Fees and Affidavit and return the application, or (2) pay in full the $250.00. (D.I. 7.) Franklin timely filed the Application to Proceed without Prepayment of Fees and Affidavit, and it indicates that Franklin receives disability or workers compensation payments. (D.I. 8.) The form requires the applicant to describe the source of money, the amount received and what Franklin expects he will continue to receive. Franklin did not provide this information.

IT IS THEREFORE ORDERED THAT:

Franklin shall, within twenty-one days from the date of this order, either: (1) submit a **complete** Application to Proceed without Prepayment of Fees and Affidavit and return the application, or (2) pay in full the $250.00 filing fee.

**Failure to timely comply with this order shall result in the dismissal without**

prejudice of the plaintiff, John A. Franklin. No extensions will be allowed.

_____
UNITED STATES DISTRICT JUDGE

August 3, 2006
Wilmington, Delaware