AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

JOHN A FRANKLIN
Plaintiff

v.

A.C.L.U.
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-212 GMS

I, John A Franklin, declare that I am the (check appropriate box)

- ☒ Petitioner/Plaintiff/Movant
- ☐ Other

FILED
AUG 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):** _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☒ | ☐ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☐ | ☒ |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or (checking) or savings accounts?   •(Yes)   ••No

   If "Yes" state the total amount $ 350.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, (automobiles) or other valuable property?   •Yes   ••No

   If "Yes" describe the property and state its value.

   2001 DAEWOO 4 door

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

8-9-06                John A. Frankly
DATE                  SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



```
*** REC 2006219 153447 HE381AE0 BM15 CIPQYA6  PQA6  (F-BM1 )  ***
```

SOCIAL SECURITY ADMINISTRATION

                                            Date: August 7, 2006
                                            Claim Number: 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A
                                                              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DI

JOHN A FRANKLIN
30329 VINES CREEK RD
DAGSBORO DE 19939-4323

06cv212GMS
RG
Scanned
2006 AUG 15 PM 4:02
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2005, the full monthly
   Social Security benefit before any deductions is......$ 529.90

     We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 529.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

   Beginning January 2006, the current
   Supplemental Security Income payment is...............$ 94.00

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 302-856-9620. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

>   SOCIAL SECURITY
>   20105 OFFICE CIRCLE
>   GEORGETOWN, DE 19947

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*[signature]*
OFFICE MANAGER