IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH L. D'ALESSANDRO and<br>JOHN A. FRANKLIN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-212-GMS |
| | ) | |
| AMERICAN CIVIL LIBERTIES<br>UNION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 28th day of September, 2006, the court having considered the

plaintiffs' applications to proceed without prepayment of fees under 28 U.S.C. § 1915 (D.I. 1, 5,

8, 11);

IT IS ORDERED that the applications are GRANTED.

UNITED STATES DISTRICT JUDGE

**FILED**

SEP 2 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE