Honorable Judge Sleet:                    Friday, 17 November, 2006

I had a case aganist the State of Delaware the Legislaters ignored the Delaware State Constitution. You ignored that point of Law.

I do not leave in a police State.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

# Motion to reopen cases as follows

Under Federal Law Federal Rules of Civil Procedure & Substantive Due Rights

VII. JUDGMENT Rule 60.

Rule 60. Relief from Judgment or Order

(b) Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, Etc.

FILED
NOV 2 0 2006
U.S. ~~~~~
DISTRIC~~~~

scanned

---

[I]    1:06-cv-00212-GMS    D'Alessandro et al v. American Civil Liberties Union et al
filed 09/28/06

## First Amendment Rights

[II]   1:06-cv-00435-GMS    D'Alessandro v. State of Delaware et al    filed 10/17/06

## Delaware State Constitution

You & The State Of Delaware Legislators have ignored and/or violated The State of Delaware Constitution

## The State of Delaware Constitution
ARTICLE. XV MISCELLANEOUS

§ 1. Conservators of the peace.

Section 1. The Chancellor, Judges and Attorney-General shall be conservators of the peace throughout

the State; and the <u>Sheriffs shall be conservators of the peace within the counties respectively in which they reside.</u>

· The Sheriff is the conservator of the peace in Sussex County not the State Police

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

(302)-945-1554

*[signature: Joseph D'Alessandro]*

## Exhibit [Lawyers]

Honorable Judge Sleet is this you along with REV.17:17

You have done this to me.

[a] Not to decide a case on the evidence of a single witness (Deut. 19:15)
**You under YHWH God Law can not decide My Cases**

Not to render a decision on one's personal opinion, but only on the evidence of two witnesses, who saw what actually occurred (Ex. 23:7)

[b] To give the decision according to the majority, when there is a difference of opinion among the members of the Sanhedrin as to matters of law (Ex. 23:2)
**Seventh Amendment Jury Trial**

[c] To treat parties in a litigation with equal impartiality (Lev. 19:15)

[d] Not to render iniquitous decisions (Lev. 19:15)

[e] Not to favor a great man when trying a case (Lev. 19:15)

Luke 7:30  But the Pharisees and lawyers rejected the counsel of God against themselves, being not baptized of him.

Luke 11:45  Then answered one of the lawyers, and said unto him, Master, thus saying thou reproachest us also.

Luke 11:46  And he said, Woe unto you also, [ye] lawyers! for ye lade men with burdens grievous to be borne, and ye yourselves touch not the burdens with one of your fingers.

Luke 11:52  Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered.

Luke 14:3  And Jesus answering spake unto the lawyers and Pharisees, saying, Is it lawful to heal on the sabbath day?

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

*[signatures]*



Olga D'Alessandro
23136 Prince George Drive
Lewes, DE 19958-5241

WILMINGTON DE 197
17 NOV 2006 PM 2 L

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801



# EXHIBIT
[Free Exercise Clause of the First Amendment]

1:06-cv-00212-GMS    D'Alessandro et al v. American Civil Liberties Union et al
filed 09/28/06

## First Amendment Rights

Let this case proceed. According To Our Founding Fathers and YHWH God.

FILED NOV 20 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

---

The First Amendment to the United States Constitution is a part of the United States Bill of Rights. Textually, it prohibits the federal legislature from making laws that.

The Free Exercise Clause of the First Amendment to the United States Constitution, taken with the Establishment Clause of the First Amendment make up the Religion Clauses. The Free Exercise Clause is the second half of the Religion Clauses, which states in full:

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof."

The Free Exercise Clause of the First Amendment has often been interpreted to include two freedoms: the freedom to believe, and the freedom to act. The former liberty is absolute, while the latter often faces state restriction.

**AMENDMENT 1 [JAMES MADISON]**
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, <u>or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.</u>

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Note that this is a restriction upon the Government and not upon the people.

Many countries have made one religion the established (official) church and supported it with government funds. This amendment forbids Congress to set up or in any way provide for an established church. It has been interpreted to forbid government endorsement of or aid to religious doctrines. In addition, Congress may not pass laws limiting worship, speech or the press, or <u>preventing people from</u>

<u>meeting peacefully. Congress also may not keep people from asking the government for relief from unfair treatment</u>. The Supreme Court has interpreted the 14th Amendment as applying the First Amendment to the states as well as to the federal government.

<u>Point of Authorities and/or fact</u>

<u>First Amendment The Law Of The Land</u>

This is the real meaning of the First Amendment Clause of our United States Constitution, which reads: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof;..." The Establishment Clause of the First Amendment plainly prohibits the establishment of a national religion by Congress or the preference of one religion over another.

Father of the United States Constitution, James Madison had this clause put into the Constitution, in order that the government would never again force citizens to attend a state-controlled church, such as the Anglican Church in Virginia had been. This is the true meaning of the phrase: "Separation of the Church from interference by the State." Now, all the different Christian denominations could worship God in their own way, and preach the Gospel of salvation through Yahshua Messiah wherever they wished. Couple the First Amendment with the 10th Amendment, which says: "The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people." Now you clearly have to see the federal government has no power to interfere in Alabama's affairs on this matter raised by the actions of Alabama Chief Justice Roy Moore, who brought the Ten Commandments monument into the judiciary building. In the last century, we have stood by while our rights under the 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th and 10th amendments have slowly been whittled away. Each time a small slice has been taken, it has always been "for our own protection" or most often, at the expediency of the Government (a legal fiction often referred to as a "compelling interest"). For those who aren't aware, Benjamin Franklin once made the comment that, "Those who are willing to trade civil liberties for temporary security, deserve neither".

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342





Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Olga D'Alessandro
23136 Prince George Drive
Lewes, DE 19958-5241

